# EXHIBIT 3

# Baltimore City
## Public Schools

| | |
|---|---|
| Book | BCPS Board Rules |
| Section | ARTICLE 4: PERSONNEL POLICIES |
| Title | Resignations and Retirements: Disability/Dismissal |
| Number | 405.03 |
| Status | Active |
| Legal | |

Prolonged or repeated absence because of personal illness/accidental injury may be considered sufficient cause to justify a request by the Chief Executive Officer that the person so absent apply for retirement on account of disability or recommendation for dismissal subject to approval by the Board.

Persons retired or dismissed because of physical disability may later return to service, provided a medical release shows them to be capable of performing their regular duties. Such return to service is not automatic and is conditioned on the approval of the Chief Executive Officer and the prevailing requirements for the position, if funded and vacant.