# Exhibit A

BALTIMORE
UNITED STATES POSTAL SERVICE
14 OCT '16
PM 5 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Marla Y. Johnson, Esq.
Associate Counsel
Office of the Chief Legal Counsel
Baltimore City Public Schools
200 E. North Ave., Room 208
Baltimore, MD 21202

2016 OCT 17 P 3: [illegible]
OFFICE OF LEGAL [illegible]
BCPSS

Case 1:15-cv-01451-CCB

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

George A. Rose, Esq.
Rose Law Firm LLC
Attorney's at Law
Suite 1305
200 E. Lexington St.
Baltimore, MD 21202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jabari Taluhi
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7011 1150 0001 8108 0347

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-15

# Exhibit B


## Johnson, Marla Y.

| | |
|---|---|
| **From:** | Johnson, Marla Y. |
| **Sent:** | Friday, October 14, 2016 11:00 AM |
| **To:** | 'John Leppler'; Banton, Tamal A |
| **Cc:** | George Rose; Shivon Williams; Nikia Washington |
| **Subject:** | RE: Plaintiff's Motion to Compel Discovery and for Sanctions (Ciociola, Francis v. BCBSC) |
| **Attachments:** | Board's 2nd Amended Answers to P's Intg.pdf |
| **Importance:** | High |

Mr. Leppler,

I've attached the Board's amended Intg responses, as they are small enough to email. According the certified mail receipt, the documents should be delivered today. As we discussed earlier today, the documents are in excess of 900 pages and could not be emailed. I would hope that in future, should you wish to schedule any further depositions in this case that you would provide us the courtesy of conferring with us on the . We will extend that same courtesy to you for the additional depositions we will be taking.

Best regards,

Marla Y. Johnson

---

**From:** John Leppler [mailto:attorneyleppler@roselawfirm.net]
**Sent:** Friday, October 14, 2016 10:01 AM
**To:** Banton, Tamal A <tabanton@bcps.k12.md.us>
**Cc:** Johnson, Marla Y. <MYJohnson@bcps.k12.md.us>; George Rose <grose@roselawfirm.net>; Shivon Williams <RLFofficemanager@roselawfirm.net>; Nikia Washington <Nikia_adminassistant@roselawfirm.net>
**Subject:** Re: Plaintiff's Motion to Compel Discovery and for Sanctions (Ciociola, Francis v. BCBSC)

Mr. Banton,

Thank you again for your correspondence. Referring to law school, my favorite latin term was "Res Ipsa Loquitor" meaning "the thing speaks for itself." With that said, let me direct your attention to your email below. I truly believed your next written correspondence would be your response to our pending Motion.

Respectfully,

---
"And we know we shall win, as we are confident in the victory of good over evil."
[His Imperial Majesty Emperor Haile Selassie I the First]

---
John J. Leppler
Associate Attorney
Rose Law Firm, LLC
200 E. Lexington St., Suite 1305
Baltimore, MD 21202
Phone:410-727-7555
Direct: 410-346-2000
Fax: 443-218-0190
I-site: www.roselawfirm.net

---

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

---

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by Rose Law Firm, LLC to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

---

**From:** Banton, Tamal A <tabanton@bcps.k12.md.us>
**Sent:** Thursday, October 13, 2016 2:20 PM
**To:** John Leppler; George Rose
**Cc:** Johnson, Marla Y.
**Subject:** Plaintiff's Motion to Compel Discovery and for Sanctions (Ciociola, Francis v. BCBSC)

Dear counsel,

Your motion for sanctions is premature because we sent the supplemental documents to your office via certified mail on October 11, 2016. Your motion failed to provide three days, i.e. the mailbox rule, for you to receive the documents before erroneously concluding that we failed to mail them. We would gladly like to send the documents to you via email, however, the file size is too large and the email would probably not go through, and thus, there would be no receipt of the documents by Plaintiff's counsel. Please promptly withdraw your motion for sanctions when those documents arrive by mail. Failure to do so may lead to our office seeking attorneys' fees for the unnecessary filing of motions that require a response. Just so you are on notice of the amount of fees you would be looking at, the Associate Counsel's hourly fee rate is $225 per hour and the Senior Counsel hourly rate is $300 per hour. These are both the applicable government rates for Marla and myself, respectively, per our legal experience level.

**Tamal A. Banton, Senior Counsel**
**Office of Legal Counsel**
**Baltimore City Public Schools**
200 E. North Avenue, Suite 208
Baltimore, Maryland 21202
410-396-8542 telephone
410-396-2955 facsimile
tabanton@bcps.k12.md.us
443-642-4256 Direct Line

**Notice: This message (including any attachments) is intended only for the use of the individual and/or entity to which it is specifically addressed and may contain information that is non-public, proprietary, privileged, confidential, and/or exempt**

2

from disclosure under the appropriate applicable law(s) and may also constitute attorney work product and/or attorney-client communiciations that are not subject to public disclosure. Any disclosure, copying, distribution or other use of the contents of this electronic communication by any party other than the intended recipient is strictly prohibited. Therefore, if you are not the intended recipient, you are hereby on notice that any use, dissemination, distribution, and/or copying of this communication is strictly prohibited. Therefore, if you have received this message in error, please notify the sender via telephone at the number above and/or via electronic mail at tabanton@bcps.k12.md.us immediately; and also you must (i) immediately destroy this message if received via a facsimile or printout, or (ii) immediately delete this message if received via an electronic communication. Thank you.

NOTICE: The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee. Access, copying or re-use of the e-mail or any information contained herein by any other person is not authorized. If you are not the intended recipient please notify us immediately by returning the e-mail to the originator.

# Exhibit C

## Johnson, Marla Y.

| | |
|---|---|
| **From:** | Banton, Tamal A |
| **Sent:** | Friday, October 14, 2016 9:54 AM |
| **To:** | John Leppler; George Rose |
| **Cc:** | Johnson, Marla Y.; Shivon Williams; Nikia Washington |
| **Subject:** | RE: Verification of conversation (Ciociola, Francis v. BCBSC) |

You definitely stated that you did not want documents sent via email. Thus, you have made the conscious decision to rely upon the US Postal Service. And as we have informed you, the documents were mailed by certified mail. And once received, your motion, while already frivolous would then be officially moot; at which time your motion should be withdrawn.


**Tamal A. Banton, Senior Counsel**
**Office of Legal Counsel**
**Baltimore City Public Schools**
**200 E. North Avenue, Suite 208**
**Baltimore, Maryland 21202**
**410-396-8542 telephone**
**410-396-2955 facsimile**
**tabanton@bcps.k12.md.us**
**443-642-4256 Direct Line**

**Notice: This message (including any attachments) is intended only for the use of the individual and/or entity to which it is specifically addressed and may contain information that is non-public, proprietary, privileged, confidential, and/or exempt from disclosure under the appropriate applicable law(s) and may also constitute attorney work product and/or attorney-client communiciations that are not subject to public disclosure. Any disclosure, copying, distribution or other use of the contents of this electronic communication by any party other than the intended recipient is strictly prohibited. Therefore, if you are not the intended recipient, you are hereby on notice that any use, dissemination, distribution, and/or copying of this communication is strictly prohibited. Therefore, if you have received this message in error, please notify the sender via telephone at the number above and/or via electronic mail at tabanton@bcps.k12.md.us immediately; and also you must (i) immediately destroy this message if received via a facsimile or printout, or (ii) immediately delete this message if received via an electronic communication. Thank you.**

---

**From:** John Leppler [mailto:attorneyleppler@roselawfirm.net]
**Sent:** Friday, October 14, 2016 9:36 AM
**To:** Banton, Tamal A; George Rose
**Cc:** Johnson, Marla Y.; Shivon Williams; Nikia Washington
**Subject:** Re: Verification of conversation (Ciociola, Francis v. BCBSC)

Mr. Banton,

1

In the context, Defendant has been failed to comply with court orders related to discovery. So yes, the courtesy is out the window. And as I said in the telephone conference, I was expecting the next written correspondence undersigned by you to be a Response to Plaintiff's Motion to Compel and Request for Sanctions.

Respectfully,

---

"And we know we shall win, as we are confident in the victory of good over evil."
[His Imperial Majesty Emperor Haile Selassie I the First]

---

John J. Leppler
Associate Attorney
Rose Law Firm, LLC
200 E. Lexington St., Suite 1305
Baltimore, MD 21202
Phone: 410-727-7555
Direct: 410-346-2000
Fax: 443-218-0190
I-site: www.roselawfirm.net

---

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

---

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by Rose Law Firm, LLC to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

---

**From:** Banton, Tamal A <tabanton@bcps.k12.md.us>
**Sent:** Friday, October 14, 2016 8:30 AM
**To:** John Leppler; George Rose
**Cc:** Johnson, Marla Y.
**Subject:** Verification of conversation (Ciociola, Francis v. BCBSC)

Thank you counsel for stating this morning that you do not intend to confer with us before scheduling any future depositions. Your exact quote was: "the courtesy is out the window." We appreciate your candid honesty in acknowledging you do not intend to proceed with discovery in good-faith.

Tamal A. Banton, Senior Counsel
Office of Legal Counsel

2

Baltimore City Public Schools
200 E. North Avenue, Suite 208
Baltimore, Maryland 21202
410-396-8542 telephone
410-396-2955 facsimile
tabanton@bcps.k12.md.us
443-642-4256 Direct Line

Notice: This message (including any attachments) is intended only for the use of the individual and/or entity to which it is specifically addressed and may contain information that is non-public, proprietary, privileged, confidential, and/or exempt from disclosure under the appropriate applicable law(s) and may also constitute attorney work product and/or attorney-client communiciations that are not subject to public disclosure. Any disclosure, copying, distribution or other use of the contents of this electronic communication by any party other than the intended recipient is strictly prohibited. Therefore, if you are not the intended recipient, you are hereby on notice that any use, dissemination, distribution, and/or copying of this communication is strictly prohibited. Therefore, if you have received this message in error, please notify the sender via telephone at the number above and/or via electronic mail at tabanton@bcps.k12.md.us immediately; and also you must (i) immediately destroy this message if received via a facsimile or printout, or (ii) immediately delete this message if received via an electronic communication. Thank you.

NOTICE: The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee. Access, copying or re-use of the e-mail or any information contained herein by any other person is not authorized. If you are not the intended recipient please notify us immediately by returning the e-mail to the originator.