# Exhibit 1

# RE: Dr. Levy's Deposition Date Rescheduling

Banton, Tamal A <tabanton@bcps.k12.md.us>

Mon 10/24/2016 2:35 PM

To: Shivon Williams <RLFofficemanager@roselawfirm.net>; Johnson, Marla Y. <MYJohnson@bcps.k12.md.us>;

Cc: George Rose <grose@roselawfirm.net>; Nikia Washington <Nikia_adminassistant@roselawfirm.net>; John Leppler <attorneyleppler@roselawfirm.net>;

December 2, 5, 7, 8, 9, 2016.

**Tamal A. Banton, Senior Counsel**
**Office of Legal Counsel**
**Baltimore City Public Schools**
**200 E. North Avenue, Suite 208**
**Baltimore, Maryland 21202**
**410-396-8542 telephone**
**410-396-2955 facsimile**
**tabanton@bcps.k12.md.us**
**443-642-4256 Direct Line**

Notice: This message (including any attachments) is intended only for the use of the

disclosure under the appropriate applicable law(s) and may also constitute attorney work product and/or attorney-client communiciations that are not subject to public disclosure. Any disclosure, copying, distribution or other use of the contents of this electronic communication by any party other than the intended recipient is strictly prohibited. Therefore, if you are not the intended recipient, you are hereby on notice that any use, dissemination, distribution, and/or copying of this communication is strictly prohibited. Therefore, if you have received this message in error, please notify the sender via telephone at the number above and/or via electronic mail at tabanton@bcps.k12.md.us immediately; and also you must (i) immediately destroy this message if received via a facsimile or printout, or (ii) immediately delete this message if received via an electronic communication. Thank you.

**From:** Shivon Williams [mailto:RLFofficemanager@roselawfirm.net]
**Sent:** Monday, October 24, 2016 3:20 PM
**To:** Johnson, Marla Y.; Banton, Tamal A
**Cc:** George Rose; Nikia Washington; John Leppler
**Subject:** Dr. Levy's Deposition Date Rescheduling

Dr. Levy is unavailable for the deposition scheduled for this Friday, October 28, 2016. He is available November 17th at 12pm. Please confirm whether you are available for this new date.

Respectfully,

---

"And we know we shall win, as we are confident in the victory of good over evil."

---

Shivon M. Williams.
Office Manager
Rose Law Firm, LLC
200 E. Lexington St., Suite 1305
Baltimore, MD 21202
Phone:410-727-7555
Direct: 410-346-2000
Fax: 443-218-0190
I-site: www.roselawfirm.net

TTORNEY - CLIENT
PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE
PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named

message in error
your computer system.

---

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in

NOTICE: The information contained in this e-mail may be confidential and is intended solely for the use of the named addressee. Access, copying or re-use of the e-mail or any information contained herein by any other person is not authorized. If you are not the intended recipient please notify us immediately by returning the e-mail to the originator.

# RE: Ciociola v. BCBSC - Dr. Levy's deposition.

**James D. Bragdon** <jbragdon@gejlaw.com>

Tue 10/25/2016 10:11 AM

Inbox

To: John Leppler <attorneyleppler@roselawfirm.net>;

Cc: George Rose <grose@roselawfirm.net>; Shivon Williams <RLFofficemanager@roselawfirm.net>; Nikia Washington <Nikia_adminassistant@roselawfirm.net>;

Dr. Levy is available on December 8 at 9am.

James

**James D. Bragdon**
TEL: 410 951 1416 / FAX: 410 468 2786
218 N Charles Street, Suite 400, Baltimore, MD 21201
jbragdon@gejlaw.com

**GALLAGHER EVELIUS & JONES LLP**
ATTORNEYS AT LAW

This email transmission may contain CONFIDENTIAL and PRIVILEGED information. If you are not the intended recipient, please notify the sender by email, do not disseminate and delete immediately.

**From:** John Leppler [mailto:attorneyleppler@roselawfirm.net]
**Sent:** Monday, October 24, 2016 3:45 PM
**To:** James D. Bragdon
**Cc:** George Rose; Shivon Williams; Nikia Washington
**Subject:** Fw: Ciociola v. BCBSC - Dr. Levy's deposition.

James,

Regarding the above-referenced matter, opposing counsel is unavailable for your proposed date and time, November 17th at 12pm.

Opposing counsel proposed the following dates: December 2, 5, 7, 8, or 9 2016.

Please let me know if any of those dates work for Dr. Levy and you.

Respectfully,

---
"And we know we shall win, as we are confident in the victory of good over evil."
[His Imperial Majesty Emperor Haile Selassie I the First]
---
John J. Leppler

Associate Attorney
Rose Law Firm, LLC
200 E. Lexington St., Suite 1305
Baltimore, MD 21202
Phone:410-727-7555
Direct: 410-346-2000
Fax: 443-218-0190
I-site: www.roselawfirm.net

---

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

---

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by Rose Law Firm, LLC to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

---

**From:** John Leppler
**Sent:** Monday, October 24, 2016 2:06 PM
**To:** James D. Bragdon
**Cc:** George Rose; Shivon Williams; Nikia Washington
**Subject:** Re: Ciociola v. BCBSC - Dr. Levy's deposition.

James,

That is understandable.

I contacted opposing counsel and am awaiting a reply regarding your proposed schedule date for Dr. Levy's deposition in the above-referenced matter, November 17th at 12pm, and will get back to you after I hear from opposing counsel.

Thank you in advance for your attention to this matter.

Respectfully,

---

"And we know we shall win, as we are confident in the victory of good over evil."
[His Imperial Majesty Emperor Haile Selassie I the First]

---

John J. Leppler
Associate Attorney
Rose Law Firm, LLC
200 E. Lexington St., Suite 1305
Baltimore, MD 21202
Phone:410-727-7555