IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRANCIS P. CIOCIOLA          :

                              :

   v.                           :   CIVIL NO. CCB-15-1451

                              :

BALTIMORE CITY BOARD OF SCHOOL  :
COMMISSIONERS                 :

...o0o...

## **ORDER**

The plaintiff's motion for leave to file a second amended complaint has been reviewed, together with the defendant's opposition. There has been no undue delay or prejudice to the defendant, because the factual basis of the retaliation claim was included in the amended complaint filed in January 2016, and counsel have agreed to continue discovery in this case until **January 6, 2017**, which the court hereby approves. Accordingly, the motion (ECF No. 41) is **Granted**.

The court does not at this time reach the defendant's contention that the plaintiff failed to exhaust administrative remedies. That issue may be raised, as appropriate, in connection with summary judgment motions.

The new date for filing requests for admission will be **January 13, 2017**, and for dispositive motions will be **February 10, 2017**. If counsel prefer to schedule a settlement conference with a magistrate judge before filing dispositive motions, please advise me of that choice in your status report which is due **January 6, 2017**.

**SO ORDERED** this 15th day of November, 2016.

                                                                           /S/
                                                   Catherine C. Blake
                                                 United States District Judge