

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Chambers of  
J. Mark Coulson  
U.S. Magistrate Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
MDD_JMCChambers@mdd.uscourts.gov  
Phone: (410) 962-4953  
Fax: (410) 962-2985

February 7, 2017

LETTER TO ALL COUNSEL OF RECORD

Re: <u>Ciociola v. Baltimore City Board of Schools Commissioners</u>
    Civil No. 15-01451-CCB

Dear Counsel:

This letter order is to memorialize the motions hearing that was held this morning regarding Plaintiff's motion to compel and for sanctions. (ECF Nos. 52, 65). Plaintiff's counsel verified that all paper documents have been received. With regard to ESI production, Plaintiff affirmed that all requested information has been received with one exception: an email dated approximately December 27, 2012 that Plaintiff's counsel marked for production but has not yet been produced. The parties have agreed that tomorrow morning, Plaintiff's counsel will go to Defense counsel's office where they will work together to find the document in the electronic depository.

During the hearing, Plaintiff's counsel requested that he should be able depose Dr. James D. Levy, a third party witness, with costs of that deposition to be paid by Defendant. However, for the reasons stated during the hearing, the issue of Dr. Levy's deposition is deferred until after the resolution of the parties' dispositive motions. If, at that time, the deposition is determined to be necessary, then Defendant will not be required to pay the costs associated with taking that deposition.

Finally, with regards to Plaintiff's request for sanctions, the Court reserves on that issue. The Court has requested that Plaintiff's counsel submit time records and costs associated with any delay of the ESI production that Plaintiff believes is attributable to Defendant, as well as for costs associated with filing the instant motion. Defendant may docket a response to Plaintiff's request for sanctions. Both sides should submit these materials no later than February 17, 2017.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600  
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

J. Mark Coulson
United States Magistrate Judge

cc: Chief Judge Catherine C. Blake