\* George A. Rose, Esq. – (Admitted in MD)
\* Kwasi O. Bonsu, Esq. – (Of Counsel – Admitted in MD & DC)
\* John J. Leppler, Esq. – (Associate Attorney – Admitted in MD)

# Rose Law Firm LLC

**Attorneys At Law**
200 E. Lexington Street, Suite 1305
Baltimore, MD 21202

**John J. Leppler, Esq.**
**Associate Attorney**
Phone: (410) 727-7555
FAX: (443) 218-0190
Email: attorneyleppler@roselawfirm.net

February 17, 2017

**Sent via email to: MDD_JMCChambers@mdd.uscourts.gov**

Honorable J. Mark Coulson, U.S. Magistrate Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    Ciociola v. Baltimore City Board of Schools Commissioners
                  Case No.: 1:15-cv-01451-CCB.

Greetings Judge Coulson:

Regards and best wishes in the Name of His Imperial Majesty Emperor Haile Selassie I [1]

Below please find Plaintiff's costs and fees statement pursuant to the Court's order (Dkt. #66).

Therein, "GAR" means George Rose, Esq., and "JJL" means John J. Leppler, Esq. The table is broken down as follows: (1) the date of the activity related to this matter; (2) the description; (3) the hours (GAR's hourly rate is $375.00 per hour, and JJL's rate is $225.00 per hour); and (4) the attorney who performed the activity. Plaintiff's total costs and fees amount is **$28,520.25**.

Respectfully submitted,

/s/ *John Leppler*

_____

John J. Leppler

---

[1] On November 2, 1930, Ras Tafari ascended the throne of David, in Ethiopia, and was crowned as His Imperial Majesty Emperor Haile Selassie I the First, King of Kings, Lords of Lords, Conquering Lion of the Tribe of Judah, Elect of God, and True Light of this World. Monarchs, heads of governments, esteemed representative and high officials from Seventy two (72) Nations, including the USA, came bearing gifts and paid homage at the Coronation of His Imperial Majesty Emperor Haile Selassie I the First and Empress Wayzaro Menen, in Ethiopia's Capital City, Addis Ababa.

**Plaintiff's Costs and Fees Statement pursuant to the Court's Order (Dkt. #66)**

| Date | Description | Hours/rate | Amount | Attorney |
|---|---|---|---|---|
| 03/05/16 | Outline search terms and scope of ESI. | 3.10 | $1,162.50 | GAR |
| 03/22/16 | Continue draft of outline search terms and scope of ESI. | 1.30 | $487.50 | GAR |
| 07/20/16 | Review, edit & update Motion to Compel | 2.00 | $ 750.00 | GAR |
| 08/06/16 | Drafting discovery Deficiency letter to Defendant | 1.20 | $270.00 | JLL |
| 08/09/16 | Prepare for ESI/Discovery Conference with counsel; Draft & send an email to counsel to memorialize what was discussed. | 2.00 | $750.00 | GAR |
| 08/18/16 | Review, edit & update John's Draft Deficiency Letter to Defendant | 1.30 | $487.50 | GAR |
| 08/19/16 | Review, edit & update draft of 2nd amended complaint & send email to John re drafting highlighted copy review John   Review Atty Johnson's email re ESI and respond;   Prepare and participate in ESI/discovery conference with Judge Coulson | 3.70 | $1,387.50 | GAR |
| 09/19/16 | Review of Response to the Protective Order | 0.20 | $45.00 | JLL |
| 09/20/16 | Review of Response to the Protective Order | 0.20 | $45.00 | JLL |

| Date | Description | Hours | Amount | Attorney |
|---|---|---|---|---|
| 10/20/16 | Review supplemental discovery production; court order on Protective Order re ESI, | 2.40 | $900.00 | GAR |
| 10/20/16 | Review of Defendant Partial ESI production | 1.40 | $315.00 | JLL |
| 10/21/16 | Review 10/13/16 Court Order re Protective Order; Draft and send email to counsel re follow up on Dates to review ESI materials. | 0.50 | $187.50 | GAR |
| 10/28/16 | Review of ESI at Defendant | 7.00 | $1,575.00 | JLL |
| 10/31/16 | review at Defendant | 8.00 | $1,800.00 | JLL |
| 11/08/16 | Draft Jnt. Mtn. for extn of discovery | 1.80 | $405.00 | JLL |
| 11/09/16 | Visit at BCBSC office on North Avenue with John to review ESI search and identification | 0.50 | $187.00 | GAR |
| 11/09/16 | ESI review at Defendant | 7.00 | $1,575.00 | JLL |
| 11/15/16 | Joint Status Report Draft | 0.50 | $112.50 | JLL |
| 11/17/16 | conference with John regarding tracking his ESI selection for Defendant to produce; review John's memo/email to Defendant re ESI review | 1.70 | $637.50 | GAR |
| 11/17/16 | Review of ESI documents for Defendants | 7.00 | $1,575.00 | JLL |
| 11/17/16 | Daft correspondence to Defendant's counsel related to ESI production | 0.50 | $112.50 | JLL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 12/05/16 | review and respond to John's email re ESI review completion at Defendant. | 0.20 | $ 75.00 | GAR |
| 12/12/16 | Review John's follow up email to Defendant re their non-submission of ESI Production. | 0.50 | $187.50 | GAR |
| 12/13/16 | Notification to Judge Coulson re Documents to be produced. | 2.70 | $607.50 | JLL |
| 12/14/16 | Review, edit & update Letter to Judge Coulson re Discovery disputes. | 0.20 | $75.00 | GAR |
| 12/14/16 | Letter to Judge Coulson | 0.90 | $202.50 | JLL |
| 12/14/16 | Research for the mailbox rule regarding Defendant's email and delay in responsive document and ESI production | 0.30 | $67.50 | JLL |
| 12/19/16 | Review, edit & update Motion to Compel | 0.30 | $112.50 | GAR |
| 12/19/16 | Drafting Motion to compel and request for Sanctions | 1.60 | $360.00 | JLL |
| 12/28/16 | Review, edit & update case status; discovery issues; | 0.50 | $187.50 | GAR |
| 12/29/16 | Review of Joseph Baribeault documents | 0.30 | $67.50 | JLL |
| 01/04/17 | Drafting Status Report | 0.50 | $112.50 | JLL |
| 01/05/17 | Review Defendant's Partial ESI Production | 2.00 | $750.00 | GAR |
| 01/05/17 | Review, edit & update John joint status report | 2.20 | $825.00 | GAR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 01/05/17 | Reviewing, editing and updating Joint Status Report and send to counsel | 0.80 | $180.00 | JLL |
| 01/06/17 | Review Banton's email re Joint Status Report and review Banton's revised draft status report, conference with John on the matter Joint Status Report. | 0.50 | $187.50 | GAR |
| 01/06/17 | Eml to Counsel re Joint Status Report and ESI production Defendant brought to Plaintiff's attention therein. | 0.30 | $67.50 | JLL |
| 01/06/17 | Review of Defendants Proposed Joint Status Report | 0.50 | $112.50 | JLL |
| 01/06/17 | Review of Judge Coulson Order | 0.20 | $270.00 | |
| 01/10/17 | Review John's email, re depo transcript needed for Motion to Compel | 0.20 | $75.00 | GAR |
| 01/10/17 | Reply to Motion to Compel | 3.20 | $ 720.00 | JLL |
| 01/11/17 | Reviewing Exhibits for the reply Motion. | 1.00 | $225.00 | JLL |
| 01/11/17 | Draft of the reply motion to compel and for sections. | 0.70 | 4157.50 | JLL |
| 01/12/17 | Review, edit and update draft reply to Defendant's Response to Plaintiff's Motion to Compel. | 2.30 | $862.00 | GAR |
| 01/12/17 | Review of Exhibits for reply to motion to compel. | 0.20 | $45.00 | JLL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 01/12/17 | Review of reply motion to compel and for sanctions. | 0.20 | $45.00 | JLL |
| 01/19/17 | Review of ESI documents related to Joseph Baribeault. | 0.30 | $67.50 | JLL |
| 01/23/17 | Email exchange regarding conference with Judge Coulson | 1.10 | $412.50 | GAR |
| 01/25/17 | Telephone conference with Judge Coulson and Defense Counsel re discovery ESI; Review John's draft response to Atty Banton's Email; Review & Respond to Atty Banton's email regarding search terms. | 0.80 | $300.00 | GAR |
| 01/25/17 | Email to defendants re ESI document. | 0.20 | $45.00 | JLL |
| 01/25/17 | Review of motion for sanctions and the ESI document production issue. | 0.20 | $45.00 | JLL |
| 01/25/17 | Conference call with Judge Coulson re to Motion to Compel & Joseph Barbeault Deposition. | 0.60 | $135.00 | JLL |
| 01/25/17 | Review of defendant Partial ESI Production | 0.40 | $90.00 | JLL |
| 01/25/17 | Review of defense counsel email re ESI documents. | 0.20 | $45.00 | JLL |
| 01/27/17 | Review of supplemental ESI production. | 0.90 | $202.50 | JLL |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| 01/30/17 | Review of supplemental ESI production. | 0.20 | $45.00 | JLL |
| 02/01/17 | Review of Defendant's ESI Production re Baribeault. | 0.80 | $180.00 | JLL |
| 02/01/17 | Review of supplemental ESI production. | 1.00 | $225.00 | JLL |
| 02/01/17 | Review of supplemented ESI production. | 0.70 | $157.50 | JLL |
| 02/01/17 | Draft and send email to defendant regarding ESI Production. | 0.50 | $112.50 | JLL |
| 02/02/17 | Review of supplemental ESI production. | 0.75 | $168.75 | JLL |
| 02/03/17 | Review of supplemental ESI production. | 0.30 | $67.50 | JLL |
| 02/06/17 | Review of the Reply motion for sanctions. | 0.30 | $67.50 | JLL |
| 02/06/17 | Reviewing of exhibit ESI emails for Sanctions hearing. | 0.60 | $135.00 | JLL |
| 02/07/17 | Reviewing of time spent for ESI, Motion to Compel & for sanctions. | 0.50 | $112.50 | JLL |
| 02/07/17 | Attending Motion to Compel & Sanctions Hearing | 1.50 | $337.50 | JLL |
| 02/08/17 | Review of Defendant Final ESI Production | 1.00 | $225.00 | JLL |
| | **TOTALS** | 88.45 | $28,520.25 | |